UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNICORN PETROLEUM & CHEMICAL :
TRADE INDUSTRY INC., :
: 
: 
Plaintiff, :
: 08 Civ. 3965 (DAB)
- against - : ECF CASE
:
:
:
SUCDEN MIDDLE EAST, :
:
Defendant. :
------------------------------------------------------X

**VOLUNTARY ORDER STAYING MATTER PENDING ARBITRATION**

The Plaintiff, by its undersigned attorneys, Tisdale Law Offices, LLC, having instituted the above captioned matter and obtained the sought after relief of security pursuant to Rule B of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, and there having been no appearance from the defendant that the above-captioned matter be and hereby is voluntarily stayed pending the resolution of London arbitration pursuant to 9 U.S.C. §8 and 9 U.S.C. §§201-208.

Dated: June 16, 2008
New York, NY

*The Clerk of Court is hereby directed to move this case to the Suspense Calendar.*

**SO ORDERED**

*Deborah A. Batts* 6/24/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

The Plaintiff,
UNICORN PETROLEUM & CHEMICAL
TRADE INDUSTRY INC.

By: _____
Claurisse Campanale-Orozco (CC 3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com